


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 07-~~173-M~~ |
| | ) **CR 07-126** |
| GALAL ALIAHMED, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be sealed ~~because the defendant remains at large.~~ UNTIL FURTHER ORDER OF THE COURT /DEM 9/7/07

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: September 7, 2007

AND NOW, to wit, this __7th__ day of __September__, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be sealed until further order of the court.

```
FILED
SEP -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

_____
Honorable Leonard P. Stark
United States Magistrate Judge