## United States District Court

DISTRICT OF____ DELAWARE

UNITED STATES OF AMERICA

v.

GALAL ALIAHMED

CR07-126

Criminal Complaint 07-773 M

REDACTED

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my

knowledge and belief. On or about August 28, 2007, in New Castle County, in the District of __Delaware_ defendant,

Galal Aliahmed (Track Statutory Language of Offense)

did on August 28, 2007 possessed with intent to distribute marijuana, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D), and on August 28, 2007, did escape from custody after being lawfully arrested in violation of 18 U.S.C. § 751

in violation of Title _____ United States Code, Section(s) _see above_____.

I further state that I am a(n)_Special Agent, FBI___ and that this complaint is based on the following facts:

Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    YES

Signature of Complainant
Scott Duffey
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

FILED

SEP  - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

September 7, 2007

Date

at __Wilmington, DE_____
City and State

Honorable Leonard P. Stark
United States Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

Affidavit In Support of a Criminal Complaint
for Galal Aliahmed

1. I, Scott Austin Duffey, am a Special Agent of the federal Bureau of Investigation (FBI). I have been employed by the FBI since 1997. I have attended fifteen weeks of formal training conducted by the FBI in Quantico, Virginia where I received training in connection with the identification, manufacture, and distribution of illegal drugs, including marijuana. I have attended at least 3 schools and seminars that specialize in all aspects of narcotic investigations. Your affiant continues to keep abreast of current trends and practices of drug traffickers by reading periodicals, intelligence reports, and training literature. During my employment as a Special Agent with the FBI, I have participated in over 100 drug related arrests, and personally have been involved in over two dozen narcotic investigations involving search and seizures. Prior to my current employment, I was employed as a police officer for approximately five and one half years in Pennsylvania where I participated in over a dozen drug related search and seizure warrants.

2. I am the affiant on the Affidavit In Support of a Search Warrant for .
Newark, Delaware, which I attach hereto and incorporate by reference.

3. On August 28, 2007, federal law enforcement officers, including your affiant, arrested Galal Aliahmed for violation of 21 U.S.C. § 841. While in custody at the New Castle offices of the Drug Enforcement Administration, Galal Aliahmed slipped his hand out of the handcuffs that secured him and escaped from custody.

Based on the above information, I believe that there is probable cause that on or about August 28, 2007, Galal Aliahmed violated Title 21 United States Code § 841(a)(1) and (b)(1)(D) by possessing with intent to distribute marijuana, a controlled substance. I also believe that there is probable cause that on or about August 28, 2007, Galal Aliahmed violated 18 U.S.C. § 751 by escaping from custody after having been lawfully arrested for a felony violation of federal law.

Scott Duffey, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on
this the 7th day of September 2007.

Honorable Leonard P. Stark