Gov't Filed In Open Court 9/7/07 (RPG)

⑤

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 07-173 M |
| GALAL ALIAHMED | ) CR07-126 |
| Defendant. | ) |

**ORIGINAL**



FILED
SEP - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   ___ Crime of violence (18 U.S.C. § 3156)

   ___ Maximum sentence life imprisonment or death

   ___ 10+ year drug offense

   ___ Felony, with two prior convictions in above categories

   ___ Minor victim

   ___ Possession/ use of firearm, destructive device or other dangerous weapon

   ___ Failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

   ___ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

___ At first appearance

_X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

1. At the time the offense was committed the defendant was:

___ (a) on release pending trial for a felony;

___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

___ (c) on probation or parole for an offense.

___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this _7th_ day of September, 2007.

                          Respectfully submitted,

                          COLM F. CONNOLLY
                          United States Attorney

BY: _____
          Douglas E. McCann
          Assistant United States Attorney