IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 126-UNA |
| JALAL ALIAHMED, a/k/a Galal Aliahmed, | : |
| Defendant. | : |



### MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Indictment and related file in this case until further Order of the Court.

```
                                    COLM F. CONNOLLY
                                    United States Attorney

                              BY:   _____
                                    Douglas E. McCann
                                    Assistant United States Attorney
```

Dated: September 13, 2007

**AND NOW** this <u>13th</u> day of <u>September,</u> 2007, based upon the foregoing Motion,

**IT IS ORDERED** that Indictment and related file in this case be **SEALED** until further Order of the Court.

```
                                    _____
                                    Honorable Mary Pat Thynge
                                    United States Magistrate Judge
                                    District of Delaware
```