IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 07- /26- UNA.
:
JALAL ALIAHMED, :
a/k/a Galal Aliahmed, :
: 
    Defendant. :

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about August 28, 2007, in the District of Delaware, JALAL ALIAHMED, a/k/a Galal Aliahmed, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).

### COUNT II

On or about August 28, 2007, in the District of Delaware, JALAL ALIAHMED, a/k/a Galal Aliahmed, defendant herein, did knowingly escape from custody of an officer of the United States, to wit an agent of the Federal Bureau of Investigation, wherein he was held by virtue of his lawful arrest for a felony offense, to wit, Title 21 United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 751(a).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Indictment, JALAL ALIAHMED, a/k/a Galal Aliahmed, defendant herein, shall forfeit to the United States

pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: September 13, 2007