AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**GALAL ALIAHMED**

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 07-173 M

CR. 07-126 UNA


10

SEALED UNSEALED
10/15/07 KJK

YOU ARE HEREBY COMMANDED to arrest **Galal Aliahmed** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**Possession with intent to distribute marijuana and escape from custody**

in violation of Title __21__ United States Code, Section (s) **841(a)(1) and (b)(1)(D) and 18 U.S.C. § 751**

| | |
|---|---|
| Honorable Leonard P. Stark | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| /s/ Leonard P. Stark | |
| Signature of Issuing Officer | September 7, 2007    Wilmington, DE |
| | Date and Location |

Bail fixed at $ _____    by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  Troop 2/DSP |

| DATE RECEIVED 9-7-07 | NAME AND TITLE OF ARRESTING OFFICER Duffey /SA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-7-07 | Brian Duffey /SA | /s/ |

AO 442 (Rev. 12/85) Warrant for Arrest

