UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. CR. 07-126 UNA |
| ) | |
| Jalal Aliahmed, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 9/17/07 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until Oct 17, 2007 The time between the date of this order and Oct 17, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161 et, seq.).

FILED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Leonard P. Stark
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney