AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

_____   District of   _____

UNITED STATES OF AMERICA
V.
JALAL ALIAHMED,
_Defendant_

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 07-126-UNA

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**Part I—Findings of Fact**

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a  ☐ federal offense  ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*

  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the  ☐ date of conviction  ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings (A)**

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**Alternative Findings (B)**

X (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

FILED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Part II—Written Statement of Reasons for Detention**

I find that the credible testimony and information submitted at the hearing establishes by  ☐ clear and convincing evidence  X a preponderance of the evidence that
Based on the proffers of the parties, the affidavit attached to the Criminal Complaint, and other information provided to the Court by the Probation Office and the parties, the Court finds by a preponderance of the evidence that no combination of conditions could reasonably assure the Defendant would appear for all Court events in this matter.
The Court has reached these conclusions based on the following findings and for the following reasons:

the nature and circumstances of the offense: the Defendant has been indicted for possession with intent to distribute marijuana and escape from custody of an officer of the U.S. He slipped out from the handcuffs that federal agents were using to restrain him. He remained at large for approximately ten days before turning himself in.

the weight of the evidence: Defendant has admitted to at least a portion of the narcotics offense. With respect to the escape offense, there does not appear to be any dispute that the defendant was in federal custody, then was not, and then turned himself in.

the history and characteristics of the Defendant: Defendant has committed prior offenses, as an adult and a juvenile, including a drug offense and robbery. Although he has had numerous jobs, he does not appear to have been able to keep a job for any substantial period of time. He has the support of his family, but this has not deterred him from engaging in the activities with which he is charged. Most significantly, he has an open Delaware capias, was on probation at the time of the alleged offenses, and escaped from federal custody upon arrest on the instant narcotics offense.

the nature and seriousness of the danger to the community that would be posed by the Defendant's release: Defendant has shown a willingness and ability to escape and to remain at large, he has also been involved with distribution of illegal narcotics, all of which poses a danger to the community.

AO 472 (Rev. 12/03) Order of Detention Pending Trial

**Part III—Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

September 17, 2007
_Date_

_Signature of Judge_

Leonard P. Stark     U.S. Magistrate Judge
_Name and Title of Judge_

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).