IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **(SEALED)** |
| v. | : | Criminal Action No. 07-126 JJF |
| JALAL ALIAHMED, | : | |
| Defendant. | : | |

### O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Monday, October 15, 2007 at 2:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

 September 26, 2007                    /s/ Joseph J. Farnan Jr.
          DATE                         UNITED STATES DISTRICT JUDGE


FILED SEP 26 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE