IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-126 JJF |
| JALAL ALIAHMED, a/k/a Galal Aliahmed, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal the Indictment and related file in this case.

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: October 17, 2007

**AND NOW** this 18 day of October, 2007, based upon the foregoing Motion, **IT IS ORDERED** that Indictment and related file in this case be **UNSEALED**.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE