AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|---|
| 9/17/07 | CR 07-126 UNA | Golden | | | | 1 | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Salilah Aliahmed | 11:33am | — | — | — | — |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1 | Photocopy of Deft's mug shots | 1 | yes |

FILED

SEP 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**USMS Number:** 5328015
**ORI:** DEUSM0100

**Date of Arrest:** 09 / 07 / 2007
**FBI Number:**

**Last Name:** ALIAHMED
**First Name:** GALAL
**Middle Name:** SLEIMAN

REDACTED

**Sex:** M
**Race Code:** W
**DOB:** 1986

**Height:** 5 FT 11 IN
**Weight:** 195 LBS

**Eye Color:** BRO
**Hair Color:** BRO



**View:** Front

**Date Taken:** 09 / 07 / 2007



GOVERNMENT EXHIBIT



**View:** Side R

**Date Taken:** 09 / 07 / 2007

LIMITED OFFICIAL USE

file://D:\Temp\Images\5328015-09072007 Photos.xml            9/7/2007