AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: 07- 173 M |
| **GALAL ALIAHMED** | |

To: The United States Marshal
and any Authorized United States Officer



SEALED (crossed out) UNSEALED 10/18/07 KJK

YOU ARE HEREBY COMMANDED to arrest **Galal Aliahmed** when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**Possession with intent to distribute marijuana and escape from custody**

in violation of Title __21__ United States Code, Section (s) **841(a)(1) and (b)(1)(D) and 18 U.S.C. § 751**

| | |
|---|---|
| Honorable Leonard P. Stark | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | September 7, 2007    Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____     by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at **TROOP 2/DSP**

| DATE RECEIVED 9-7-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-7-07 | Duffey/SA | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

FILED OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE