IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    :
     :
     Plaintiff,    :
     :
    v.    :    Criminal Action No. 07-126 JJF
     :
JALAL ALIAHMED,    :
     :
     Defendant.    :

### O R D E R

WHEREAS the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Thursday, December 6, 2007, at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November _13_, 2007
    DATE

UNITED STATES DISTRICT JUDGE

