OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2007

UNITED STATES OF AMERICA

v.                                                          CR 07-126-JJF

JALAL ALIAHMED a/k/a GALAL ALIAHMED

I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated December 6, 2007 (copy attached):

> United States Passport issued to: Galal Sleiman Aliahmed
>
> Issuance date: April 10, 2006
>
> Expiration date: April 9, 2016

FILED
DEC 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

December 6, 2007
DATE

*Donna M. Seningen*
DEPUTY CLERK