

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE
### PROBATION OFFICE / PRETRIAL SERVICES AGENCY



**JOHN R. McDONOUGH**
**Chief U.S. Probation Officer**

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588



CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

January 30, 2008

## MEMORANDUM



TO:    The Honorable Joseph J. Farnan, Jr.
       U.S. District Court Judge

RE:    Jalal Aliahmed
       Dkt. No: 07-126-JJF
       <u>Request to Amend Pretrial Release Conditions</u>

Jalal Aliahmed is charged with possession of marijuana with intent to deliver. While in the custody of the Federal Bureau of Investigation, Mr. Aliahmed slipped out of his handcuffs and escaped. Therefore, Mr. Aliahmed is also charged with escaping from federal custody.

On December 6, 2008, Mr. Aliahmed appeared before Your Honor for a change of plea hearing. He plead guilty as charged. Mr. Aliahmed is pending a March 11, 2008 sentencing date.

Mr. Aliahmed lives with his parents in Newark. He is currently under home confinement with electronic monitoring. He is now attending GED classes at James Grove. We plan to begin a part-time job search in the near future.

Jalal Aliahmed indicates he may have been diagnosed with an attention deficit disorder, as a child. He has started evening classes, whereas according to Mr. Aliahmed, he finds his "brain wandering around." Jalal Aliahmed indicates he is having a problem paying attention and/or receiving some of the information in class.

Please find the attached waiver to provide consent to modify the conditions of release. It is kindly requested the Court amend the condition of pretrial release to add a mental health treatment condition. It is recommended Mr. Aliahmed be referred to treatment, which may include testing.

Page 2
RE: Jalal Aliahmed
Request to Amend Pretrial Conditions
January 29, 2008

If Your Honor has any questions or if you need additional information, please contact the undersigned at 252-2964. Thank you for your consideration in this matter.

Sincerely,

John R. McDonough, Chief
U.S. District Court

Craig H. Carpenter
Senior U.S. Probation Officer

Reviewed & Approved:

John G. Selvaggi
Deputy Chief U.S. Probation Officer

## United States District Court

### DISTRICT OF DELAWARE

**United States of America**  )
)
**vs**  )
)
**Galal Aliahmed**  )    **Case No. 07-126- JJF**

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Galal Aliahmed, have discussed with Craig H. Carpenter, Pretrial Services/Probation Officer, modification of my release as follows:

1.    The defendant shall participate in a program of mental health counseling which may include testing and/or a psychological evaluation.

2.    All other conditions remain active and in full force.

I consent to this modification of my release conditions and agree to abide by this modification.

X _____    1/16/08    _____    1/16/08
Signature of Defendant           Date        Pretrial Services/Probation Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    1/17/2008
Signature of Defense Counsel        Date

[X]    The above modification of conditions of release is ordered, to be effective on 2-1-08

[ ]    The above modification of conditions of release is not ordered.

_____    2-1-08
Signature of Judicial Officer        Date