IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-126 JJF |
| JALAL ALIAHMED, a/k/a Galal Aliahmed, | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss Count I of the Indictment in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: March 11, 2008

IT IS SO ORDERED this ___ day of March, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE