IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

       V.                       Criminal Action 07-126-JJF

JALAL ALIAHMED a/k/a
GALAL ALIAHMED

ORDER

WHEREAS, JALAL ALIAHMED a/k/a GALAL ALIAHMED did surrender his United States of America Passport to the Court as a condition of bail:

and now         WHEREAS, the defendant pleaded guilty to count II of the indictment and was sentenced to time served and 3 years supervised release on March 11, 2008.

WHEREAS, JALAL ALIAHMED a/k/a GALAL ALIAHMED having complied with all conditions of said bail and it is no longer necessary for the Court to hold the passport, it is

THEREFORE ORDERED that the Clerk of this Court return the surrendered United States of America Passport to JALAL ALIAHMED a/k/a GALAL ALIAHMED.

_____June 11, 2008_____    _____Joseph J. Farnan_____
DATE                                UNITED STATES DISTRICT JUDGE