**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

**PETER T. DALLEO**
**CLERK OF THE COURT**

**LOCKBOX 18**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

June 11, 2008

Galal Aliahmed
526 Dougfield Road
Newark, Delaware 19713

      RE:  United States of America
            v.
           JALAL ALIAHMED a/k/a GALAL ALIAHMED
           CR 07-126-JJF

Dear Mr. Aliahmed:

    Pursuant to the Order entered by the Honorable Joseph J. Farnan, Jr. dated June 11, 2008, please acknowledge receipt of United States of America passport issued to the above named individual on April 10, 2006 with an expiration date of April 9, 2016. Said item was posted as a condition of bail in the above captioned case.

    Kindly acknowledge receipt of the passport by signing the copy of this letter.

                          Sincerely,

                          Peter T. Dalleo, Clerk

                By: _____
                        Donna M. Seningen
                        Deputy Clerk

Enclosure
/dms

**Received by** _____
June _____ 2008